Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Frank R. Trechsel, Esq.
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA JARMAN,<br><br>Plaintiff,<br><br>vs.<br><br>SHEIN DISTRIBUTION CORP, et al,<br><br>Defendants. | Case No.: 2:23-cv-05193-DSF-MRW<br>*Hon. Dale S. Fischer Presiding*<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff on the one hand, and Defendants Shein Distribution Corporation and Zoetop Business Co., Ltd., on the other, hereby STIPULATE as follows:

1. The entire action is hereby dismissed in its entirety with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

This stipulation is made pursuant to Fed. R. Civ. P. 41(a)((1)(A)(ii) and per that Rule does not require an Order.

SO STIPULATED.

Dated: January 12, 2024          By:    /s/ Scott Alan Burroughs
                                        Scott Alan Burroughs, Esq.
                                        Trevor W. Barrett, Esq.
                                        Frank R. Trechsel, Esq.
                                        DONIGER / BURROUGHS
                                        Attorneys for Plaintiff(s)

Dated: January 12, 2024          By:    /s/ Shilpa Coorg
                                        William A. Delgado, Esq.
                                        Shilpa Coorg, Esq.
                                        Nicole G. Malick, Esq.
                                        DTO LAW
                                        Attorneys for Defendants

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.